ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JEAN M. TURK
Special Assistant United States Attorney (#131517)
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Tel: (415) 977-8935
    Fax: (415) 744-0134
    E-Mail: jean.turk@ssa.gov
Attorneys for Defendant

NOTE CHANGES MADE BY COURT

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| STEVEN WHITE,<br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration,<br><br>    Defendant. | Case No. EDCV 10-01719 JEM<br><br>**JUDGMENT OF REMAND** |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for Voluntary Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation for Remand.

DATED: May 24, 2011

                */s/John E. McDermott*_____
                HON. JOHN E. McDERMOTT
                UNITED STATES MAGISTRATE JUDGE